### A15A0688. JOHNSON v. BANK OF AMERICA, N.A.
(795 SE2d 330)

BRANCH, Judge.

In *Bank of America, N.A. v. Johnson*, 299 Ga. 861 (792 SE2d 704) (2016), the Supreme Court of Georgia reversed this Court's decision in *Johnson v. Bank of America, N.A.*, 333 Ga. App. 539 (773 SE2d 810) (2015). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Miller, P. J., and Andrews, J., concur.*

DECIDED DECEMBER 20, 2016.

Bobby Johnson, *pro se.*

*Rubin Lublin, Peter L. Lublin, Jody C. Campbell; McGuire-Woods, Andrew G. Phillips, Jarrod S. Mendel,* for appellee.